```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 18433
   ROBERT JAMES STASZAK JR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-8341


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/11/2004 and was confirmed 07/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  45.00% from remaining funds.

     The case was paid in full 06/07/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY           6358.41           .00          6358.41
FLEET NATIONAL BANK       SECURED NOT I          .00           .00               .00
FLEET NATIONAL BANK       SECURED NOT I    11373.00            .00               .00
ROUNDUP FUNDING LLC       UNSECURED          756.22            .00           339.91
ABN AMRO MORTGAGE GROUP   CURRENT MORTG         .00            .00               .00
CHICAGO COMMUNITY BANK    SECURED NOT I   NOT FILED            .00               .00
VANGARD LOFTS CONDO ASSO  SECURED NOT I    6802.97             .00               .00
AMERICASH LOANS           UNSECURED          892.29            .00           401.08
CHECK N GO                UNSECURED OTH    1140.03             .00           515.19
CHICAGO COMMUNITY BANK    UNSECURED       NOT FILED            .00               .00
CITY OF CHICAGO PARKING   UNSECURED          730.00            .00           328.13
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00               .00
EMPRESS CASINO JOLIET CO  UNSECURED       NOT FILED            .00               .00
FAST CASH ADVANCE         UNSECURED         1143.57            .00           514.02
HARRAHS CASINO            UNSECURED       NOT FILED            .00               .00
HORSESHOE CASINO          UNSECURED       NOT FILED            .00               .00
ILLINOIS LENDING          UNSECURED       NOT FILED            .00               .00
LOANWORKS                 UNSECURED       NOT FILED            .00               .00
MY CASH NOW               UNSECURED       NOT FILED            .00               .00
NAFS                      UNSECURED       NOT FILED            .00               .00
NATIONAL QUICK CASH       UNSECURED       NOT FILED            .00               .00
ONE IRON VENTURES INC     UNSECURED       NOT FILED            .00               .00
PALOS COMMUNITY HOSPITAL  UNSECURED       NOT FILED            .00               .00
QUICK PAYDAY LOANS        UNSECURED          380.00            .00           170.81
PAYDAY LOAN               UNSECURED       NOT FILED            .00               .00
PEOPLES GAS LIGHT & COKE  UNSECURED             .00            .00               .00
PREFERRED CASH            UNSECURED       NOT FILED            .00               .00
QUICK PAYDAY LOANS        UNSECURED       NOT FILED            .00               .00
TCF NATIONAL BANK         UNSECURED          225.00            .00           101.14
ABN AMRO MORTGAGE GROUP   SECURED NOT I         .00            .00               .00
INTERNAL REVENUE SERVICE  UNSECURED           31.67            .00            14.24
*JOYNER LAW OFFICES       DEBTOR ATTY      1,500.00                         1,500.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 18433 ROBERT JAMES STASZAK JR
```

```
TOM VAUGHN                 TRUSTEE                              557.07
DEBTOR REFUND              REFUND                                  .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                10,800.00

PRIORITY                                      6,358.41
SECURED                                            .00
UNSECURED                                     2,384.52
ADMINISTRATIVE                                1,500.00
TRUSTEE COMPENSATION                            557.07
DEBTOR REFUND                                      .00
                       ---------------      ---------------
TOTALS                 10,800.00             10,800.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
Dated: 12/13/07                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```